GEORGE BLOTCHER & others *vs.* METROPOLITAN DISTRICT COMMISSION & another. January 16, 1986. *Practice, Civil,* Standing.

We would have supposed that the plaintiffs' lack of standing to maintain the present action was made clear by what we said in *Knowles* v. *Codex Corp.,* 12 Mass. App. Ct. 493, 495-496, 498-499 (1981), but we concur in the additional reasons for dismissal which were given by the motion judge in this case.

*Judgment affirmed.*

*Bernard W. Fang* for the plaintiffs.
*Stephen S. Ostrach,* Assistant Attorney General, for the defendants.